IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| EDWARD TYRONE RIDLEY, | * |
| Petitioner, | * |
| v. | Case No. 1:21-cv-00013-LAG-TQL |
| | * |
| WARDEN ANTOINE CALDWELL, | |
| | * |
| Respondent. | |
| | * |

## JUDGMENT

Pursuant to this Court's Order dated September 17, 2021, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 21st day of September, 2021.

David W. Bunt, Clerk

s/ Heather Willis, Deputy Clerk